# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARK ONDRICK, II, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV414-161 |
| CHATHAM COUNTY, GEORGIA, | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

Mark Ondrick II, proceeding *pro se*, has multiple lawsuits. As in his other cases, he moved for leave to proceed *in forma pauperis* (IFP) here. Doc. 2. The Court disbelieved his indigence claim, so in its last Order it required him to answer specific Court interrogatories aimed at uncovering the truth. Doc. 3 at 5-6 (interrogatories); *see also id.* 7 ("In his response to this Order he must reproduce each enumerated item above and legibly write (or type) his *complete* answer directly after it. Failure to comply with this directive will result in a recommendation of dismissal. *Kareem v. Home Source Rental*, 2014 WL 106632 at *1 (S.D. Ga. Jan. 9, 2014) (advising dismissal for non-compliance in similar IFP-information case),

*adopted*, 2014 WL 2700632 (S.D. Ga. Jun 13, 2014)."). He has failed to comply. Accordingly, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED,** this 2nd day of September, 2014.

/s/ *M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA