FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 OCT 22 PM 3:25
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARK ONDRICK II, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV414-161
 )
CITY OF SAVANNAH, GEORGIA, )
 )
    Defendant. )
 )

**O R D E R**

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.[1] The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of October 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Plaintiff's Motion to Appoint Counsel (Doc. 6) and Motions for Leave to Proceed In Forma Pauperis (Doc. 2; Doc. 8) are **DENIED**.